UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
GUOPING MA and SIYUAN LIU,          )
                                    )   Case No. C07-0122RSL
           Plaintiff,               )
      v.                            )
                                    )   ORDER
ALBERTO GONZALES, *et al.*,         )
                                    )
           Defendants.              )
_____)

This matter comes before the Court on an "Agreed Motion and Proposed Order re: Redaction of Confidential Information in All Case Filings." Dkt. # 21. The parties seek an order directing the Clerk of Court to redact all record references to plaintiffs' alien identification numbers ("A#" or "agency number"). No justification for this request is given other than that plaintiffs believe their numbers "should have been kept confidential to protect the privacy of Plaintiffs and to prevent potential abuse of Plaintiffs' identities." Agreed Motion at 1.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact certain information from documents and exhibits before they are filed with the court. The list of private information includes dates of birth, names of minor children, social security numbers, and financial accounting information. A number assigned by a government agency to an applicant, complainant, or beneficiary is not considered "private" under the General Order or the official policy on privacy adopted by the

ORDER

Judicial Conference of the United States. <u>See</u> http://www.privacy.uscourts.gov/Policy.htm . An alien identification number is more akin to the case number assigned by the Clerk of Court to each litigation filed in this district: it helps the reviewing body track related documents, records, and events without disclosing any private information regarding the parties. Absent some showing that plaintiffs' privacy is at risk or that some specific abuse is reasonably probable, the Court finds that redaction is unnecessary.

For all of the foregoing reasons, the agreed motion regarding redaction is DENIED.

DATED this 16th day of October, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER                                       -2-